# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WADE VOLZ | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| GENERAL MOTORS, LLC and | : | |
| THE GENERAL MOTORS LIFE AND | : | |
| DISABILITY BENEFITS PROGRAM | : | |
| FOR SALARIED EMPLOYEES | : | |
| *Defendants*. | : | No. 22-cv-3471 |

# ORDER

**AND NOW,** this **5th** day of **October 2023**, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 24) and Defendants' Response in Opposition (ECF No. 34), it is **hereby ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**